Craig B. Sanders, Esq. (284397)
csanders@sanderslawpllc.com
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601

*Attorneys for Plaintiffs FameFlynet, Inc., National Photo Group, LLC, BWP Media USA Inc. d/b/a Pacific Coast News, and Barcroft Media, Ltd.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMEFLYNET, INC, NATIONAL PHOTO GROUP, LLC, BWP MEDIA USA INC. d/b/a PACIFIC COAST NEWS, and BARCROFT MEDIA, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> BLACKSPORTSONLINE, LLC, <br><br> Defendant. | Case No. CV 15-8786-GW(GJSx) <br><br> **JUDGMENT** <br><br> **Hon. George H. Wu** |

Before the Court is the Motion for Default Judgment (the "Motion") filed by the plaintiffs, FameFlynet, Inc. ("FFN"), National Photo Group, LLC ("NPG"), BWP Media USA Inc. d/b/a Pacific Coast News ("BWP"), and Barcroft Media, Ltd. ("Barcroft") (hereinafter collectively "Plaintiffs"), against the defendant, BLACKSPORTSONLINE, LLC ("Defendant"). Having carefully considered the papers filed in support of the instant Motion, the Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. For the reasons stated in the Motion and for good cause

[PROPOSED] JUDGMENT

shown, the Court **GRANTS** Plaintiff's Motion as follows:

(1) The Court finds that Plaintiffs own all right, title, and interest in and to U.S. Copyright Registration Nos. VA001898765, VA0001931274, VA0001958679, VA0001899312, VA0001836309, and VA0001947718, and U.S. Copyright Application No. 1-2043386812, as delineated in Exhibit 1 to Plaintiffs' Complaint.

(2) The Court finds that, as to Count 1 of Plaintiffs' Complaint, Defendant engaged in direct copyright infringement in that Defendant's website posted pictures that infringed Plaintiffs' copyrights in violation of 17 U.S.C. § 501.

(3) Plaintiffs are awarded statutory damages for copyright infringement in the amount of $50,266.34, costs in the amount of $705.00, and attorneys' fees in the amount of $3,610.65 incurred in connection with this action for a total judgment $54,581.99.

   **IT IS SO ORDERED.**

DATED: April 1, 2016

_____
HON. GEORGE H. WU
United States District Judge

[PROPOSED] JUDGMENT